DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **LUMA ENTERPRISES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 2005-177 |
| **RICHEMONT INTERNATIONAL, S.A.,** | : | |
| *et al* | : | |

# O R D E R

**AND NOW**, this 26th day of June, 2008, after a settlement conference at which the issues between the parties in this action were resolved, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of the parties[1].

          /Timothy J. Savage
         TIMOTHY J. SAVAGE,  J.

---

[1] The court retains jurisdiction to enforce the agreement entered into by the parties on June 26, 2008.